# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **STEPHEN W. WRIGHT, JR.,** | ) | Civil No. 3:19-cv-00510 |
| Plaintiff, | ) | |
| v. | ) | |
| **COGENT COMMUNICATIONS, INC.,** | ) | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Defendant. | ) | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, Stephen W. Wright, Jr., and Defendant, Cogent Communications, Inc. ("Cogent"), by and through the undersigned counsel, hereby stipulate to and give notice of dismissal of all Plaintiff's claims in this action without prejudice, including all claims that were or might have been asserted by Plaintiff in this action. Each party shall bear their own fees and costs.

This 1st day of November 2019.

/s/ Jason S. Chestnut
Philip J. Gibbons, Jr., NCSB #50276
Craig L. Leis, NCSB #48582
Jason S. Chestnut, NCSB #52066
GIBBONS LEIS, PLLC
14045 Ballantyne Corporate Place, Ste 325
Charlotte, North Carolina 28277
Telephone: (704) 612-0038
E-Mail: phil@gibbonsleis.com
craig@gibbonsleis.com
jason@gibbonsleis.com
*Attorneys for Plaintiff*

/s/ Stephen D. Dellinger
Stephen D. Dellinger, NCSB #16609
LITTLER MENDELSON, P.C.
100 N. Tryon Street
Charlotte, North Carolina 28202
Telephone: (704) 972-7010
E-Mail: sdellinger@littler.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that on November 1, 2019, the undersigned counsel filed the foregoing pleading using the Court's CM/ECF system that will send notification of this filing to all counsel of record.

/s/ Jason S. Chestnut
Jason S. Chestnut, NCSB #52066